UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>WILLIAM ANTONIO FLORES-RODRIGUEZ,<br>   aka "William Anton Flores-Rodriguez,"<br>   aka "William Flores,"<br>   aka "William Flores-Rodriguez,"<br>   aka "William Rodriguez-Flores,"<br><br>      Defendant. | Case No. 2:22-mj-00799-VCF<br><br>**Order Directing Probation to Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this __20__ day of October, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE